AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

**WESTERN DIVISION**

| | |
|---|---|
| LINDA CELESTE VICK, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MICHAEL J. ASTRUE, )<br>*Commissioner of Social Security*, )<br>    Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:11-CV-601-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Pleadings [D.E. 14] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 16] is GRANTED, Defendant's final decision is AFFIRMED, and this action is DISMISSED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **FEBRUARY 11, 2013,** WITH A COPY TO:

Brian M. .Riccci (via CM/ECF electronic notification)
Mary Ellen Russell (via CM/ECF electronic notification)

| | |
|---|---|
| | JULIE A. RICHARDS, Clerk |
| February 11, 2013 | |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |